**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT J. WILLIAMS,**

      Plaintiff,

v.   Case No: 8:21-cv-1523-MSS-AEP

**GLOBAL CONNECTIONS, INC.**
**d/b/a BAMBOO BEACH CLUB**
**RESORT,**

      Defendant.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 3, 2022, the Parties filed a Joint Notice of Dismissal, informing the Court that the above-captioned case was settled. (Dkt. 20) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of February 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party